**SO ORDERED.**

**SIGNED this 24th day of June, 2015.**




Dale L. Somers
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS AT WICHITA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Samantha Louise Wilson, *Debtor(s)* ) | |
| ) | Case No. 14-12364-dls |
| Bank of America N.A., loan servicing agent for *Creditor* ) | |
| ) | Chapter: 7 |
| vs. ) | |
| ) | |
| Samantha Louise Wilson, *Debtor(s)* ) | |
| ) | |
| and ) | |
| ) | |
| Linda S. Parks, *Trustee* ) | |
| ) | |
| ) | |

### ORDER GRANTING *IN REM* RELIEF FROM STAY

**THIS MATTER** comes on for consideration upon the Motion of Bank of America, N.A., its successors or assigns, ("Creditor"), on its Motion for Relief from Stay. Notice with Opportunity of Hearing on this matter was properly given, no timely objections were filed, and no hearing was held on the matter.

**IT IS THEREFORE BY THE COURT ORDERED** that said Motion be and it is hereby GRANTED, in that Creditor, its successors or assigns, is hereby authorized to foreclose the lien of its mortgage as to the real property legally described as

United States Bankruptcy Court
District of Kansas
In re: Bank of America, N.A.  v. Samantha L Wilson
Case No. 14-12364-dls
Chapter 7
Order Granting Relief From Stay
Page 2

>**Lot Number Two (2), in Block Number Four (4), in Playter's Subdivision of the Rogers Coal Company's First Addition to the City of Pittsburg, Kansas, according to the recorded Plat thereof AND Five (5) feet of vacated Euclid Street on the North side of said Lot Two (2).,** commonly known as 303 West Euclid Street, Pittsburg, KS 66762, (the "Property")

**IT IS FURTHER ORDERED**, that Creditor, its successors or assigns, is hereby authorized to pursue its state court remedies *in rem* to recover possession of the aforesaid real estate in accordance with the terms and provisions of its Mortgage and the laws of Kansas pertaining thereto, and for such purposes the stays of 11 U.S.C. Section 362 are hereby terminated.

**IT IS FURTHER ORDERED** that Creditor may exercise its remedies available under state law, up to and including foreclosure of its mortgage against Debtor(s) interest in the Property.  Creditor may, at its option, contact Debtor(s) by telephone or by written correspondence to offer, provide and enter into a forbearance agreement, deed in lieu of foreclosure, loan modification, refinance agreement or other loan workout/loss mitigation agreement.

United States Bankruptcy Court
District of Kansas
In re: Bank of America, N.A. v. Samantha L Wilson
Case No. 14-12364-dls
Chapter 7
Order Granting Relief From Stay
Page 3

**IT IS SO ORDERED.**

\#\#\#


SOUTHLAW, P.C.
  *s/ Ashley B Osborn*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd. Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**